Douglas R. Brown, Esq., NSB #7620
Todd R. Alexander, Esq., NSB #10846
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868

Attorneys for Plaintiff, Eagle SPE NV I, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE SPE NV I, INC., a North Carolina corporation,<br><br>           Plaintiffs,<br><br>vs.<br><br>SOMERSETT DEVELOPMENT COMPANY, LTD., a Nevada limited liability company; SOMERSETT, LLC, a Nevada limited liability company; SMITH REALTY FINANCE, a Nevada corporation; G. BLAKE SMITH, an individual; TIMOTHY CASHMAN, an individual,<br><br>           Defendants.<br><br>AND RELATED ACTIONS. | Case No.: 3:10-cv-00692-RCJ-RAM |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties hereto, by and through their undersigned counsel, do hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice, with each party

///

///

///

///

///

1

to bear their own costs and attorneys' fees.

Dated: July 21, 2011, 2011.          Dated: July 26, 2011.

Robison, Belaustegui, Sharp & Low          Lemons, Grundy & Eisenberg
71 Washington Street                       6005 Plumas Street, Suite 300
Reno, Nevada 89503                         Reno, Nevada 89519
(775) 329-3151                             (775) 786-6868

By: /s/ Kent D. Robison                    By: /s/ 
    Kent D. Robison, Esq.                    Douglas R. Brown, Esq.
    Attorney for Defendant/                   Todd R. Alexander, Esq.
    Third-Party Plaintiff                     Attorneys for Plaintiff/Third-Party
                                               Defendant

Dated: _____, 2011.

Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
(702) 384-7111

By: _____
    William H. Stoddard, Sr., Esq.
    Attorney for Tim Cashman

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2011.

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

to bear their own costs and attorneys' fees.

Dated: _____, 2011.   Dated: _____, 2011.

Robison, Belaustegui, Sharp & Low   Lemons, Grundy & Eisenberg
71 Washington Street                6005 Plumas Street, Suite 300
Reno, Nevada 89503                  Reno, Nevada 89519
(775) 329-3151                      (775) 786-6868


By: _____   By: _____
    Kent D. Robison, Esq.               Douglas R. Brown, Esq.
    Attorney for Defendant/             Todd R. Alexander, Esq.
    Third-Party Plaintiff               Attorneys for Plaintiff/Third-Party
                                        Defendant


Dated: July 19, 2011.

Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
(702) 384-7111


By: _____
    William H. Stoddard, Sr., Esq.
    Attorney for Tim Cashman


**IT IS SO ORDERED:**


_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2011.

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2